| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

§
§
§
§ ACTION NUMBER:
§ _____
*versus* §
§
§
§
§

## ABSTRACT OF JUDGMENT

| Date of Judgment Entered: | |
|---|---|
| Judgment in Favor of: | |
| Judgment Against: | |
| Amount of Judgment: | $ |
| Amount of Costs: | $ |
| Rate of Interest: | % |
| Amount of Credits Since Judgment: | $ |
| Amount Due: | |

The above and foregoing is a correct Abstract of Judgment entered in the United States District Court, for the Southern District of Texas, in the above captioned case.

CLERK OF COURT

DATED:_____     By:_____
                                                              Deputy Clerk

*O:Houforms/Forms-Web*